PER CURIAM.
Affirmed. See and compare Earl W. Shomber & Co., Inc. v. Florida Casino Associates, Inc., 469 So.2d 936 (Fla. 3d DCA 1985); The Florida Companies v. BFA Corporation, 424 So.2d 48 (Fla. 3d DCA 1982); E.J. Sales & Service, Inc. v. Southeast First National Bank of Miami, 415 So.2d 906 (Fla. 3d DCA 1982); American Fidelity Fire Insurance Company v. Allied General Contractors, Inc., 365 So. 2d 442 (Fla. 3d DCA 1978); Section 47.051 Florida Statutes (1987).